IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MERTEZ AKINS,

          Plaintiff,

v.                                   Case No. 19-2270-JAR

COLDPOINT LOGISTICS,

          Defendant.

## **ORDER**

Plaintiff's application for leave to file and continue this action without payment of fees or costs (ECF No. 3) is hereby granted. If not previously provided, plaintiff is directed to provide the address of defendant by no later than **June 21, 2019**, so that the Clerk of the Court may proceed with service of process. The Clerk shall issue summons to the U.S. Marshal or Deputy Marshal, who are appointed pursuant to Fed. R. Civ. P. 4(c)(3).

A copy of this order shall be mailed to plaintiff by certified and regular mail.

IT IS SO ORDERED.

Dated June 4, 2019, at Kansas City, Kansas.

                                                          s/ James P. O'Hara
                                                          James P. O'Hara
                                                          U.S. Magistrate Judge